DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWRIE ANN MOLLE,**
Appellant,

v.

**AMERICAN HONDA MOTOR CO., INC.,**
Appellee.

No. 4D2024-3349

[March 26, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502020CA014173XXXXMB.

Margaret M. Bichler and Scott B. Smith of Smith, Ball, Baez & Prather, Palm Beach Gardens, for appellant.

Alina Alonso Rodriguez of Bowman and Brooke LLP, Miami, and Frank D. Hosley and John R. Reid, Jr. of Bowman and Brooke LLP, Lake Mary, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***